# IN THE SUPERIOR COURT OF CLAYTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ROSETTA BULLUCK,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NEWTEK SMALL BUSINESS  )<br>FINANCE, INC. d/b/a NEWTEK  )<br>BUSINESS SERVICES, INC. and  )<br>FEDERAL DEPOSIT INSURANCE  )<br>CORPORATION, as RECEIVER  )<br>for GLOBAL COMMERCE BANK,  )<br>  )<br>  Defendants.  )<br>_____ ) | CIVIL ACTION FILE NO.<br>15CV043268 |

## DEFEDANT FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GLOBAL COMMERCE BANK'S MOTION TO DISMISS AND FOR REMOVAL OF LIS PENDENS

COMES NOW Defendant, Federal Deposit Insurance Corporation as Receiver for Global Commerce Bank ("FDIC-R"), and respectfully requests that this Court dismiss this action as to FDIC-R for failure to make service of process.

FDIC-R also moves this Court for an order removing a lis pendens filed on property owned by FDIC-R, as such lis pendens is void and subject to removal by the court.

In support of this Motion, FDIC-R relies upon the accompanying Brief, and all papers and pleadings on file with the Court.

Respectfully Submitted this 22nd day of July, 2016.

    */s/Elizabeth T. Young*  
Elizabeth T. Young  
Georgia Bar Number: 707725

Tatum Hillman & Powell, LLP  
2107 North Decatur Road  
Suite 145  
Decatur, GA 30033  
(678) 637-4835  
byoung@thplawfirm.com

# IN THE SUPERIOR COURT OF CLAYTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ROSETTA BULLUCK, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>NEWTEK SMALL BUSINESS )<br>FINANCE, INC. d/b/a NEWTEK )<br>BUSINESS SERVICES, INC. and )<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, as RECEIVER )<br>for GLOBAL COMMERCE BANK, )<br>)<br>  Defendants. )<br>_____ ) | CIVIL ACTION FILE NO.<br>15CV043268 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing documents upon counsel of record for Defendants by mailing a copy of same to counsel of record at the following address:

KaRon Grimes, Esq.
The Grimes Law Firm
3965 Holcomb Bridge Rd.
Suite 200
Peachtree Corners (Norcross), Georgia 30092

Respectfully Submitted this 22nd day of July, 2016.

  \_\_/s/Elizabeth T. Young_____
  Elizabeth T. Young
  Georgia Bar Number: 707725

Tatum Hillman & Powell, LLP
2107 North Decatur Road
Suite 145
Decatur, GA 30033
(678) 637-4835
byoung@thplawfirm.com

Case 1:16-cv-04326-SCJ-WEJ   Document 10   Filed 11/21/16   Page 5 of 5